UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STARCREST PRODUCTS OF CALIFORNIA, INC., a Delaware Corporation,<br><br>　　　　　Plaintiff,<br>　vs.<br><br>PUBLISHERS CLEARING HOUSE, a New York limited partnership,<br><br>　　　　　Defendants.<br>_____<br><br>and RELATED COUNTERCLAIM<br>_____ | Case No. EDCV03-00331 VAP (SGLx)<br><br>**STIPULATED PROTECTIVE ORDER** |

Pursuant to the stipulation in this matter among plaintiff and counterdefendant STARCREST PRODUCTS OF CALIFORNIA, INC., defendant and counterclaimant PUBLISHERS CLEARING HOUSE LLC, MILLENNIUM CORPORATE SOLUTIONS, INC. ("MILLENNIUM") and LEXINGTON INSURANCE COMPANY ("LEXINGTON") ("the Stipulation"), the Court makes the following order:

　　1.　　Pursuant to Paragraph 13, Subsection (b), of the October 21, 2003 Stipulated Protective Order, MILLENNIUM and LEXINGTON and

their respective outside attorneys are designated as persons who may receive information stamped CONFIDENTIAL, and said outside attorneys may receive information stamped CONFIDENTIAL ATTORNEYS-EYES ONLY and/or CONFIDENTIAL ATTORNEYS ONLY.

2. MILLENNIUM and LEXINGTON and their respective outside attorneys will be bound by the October 21, 2003 Stipulated Protective Order as fully as if they had been original parties to this case and subject to that protective order.

3. Notwithstanding anything contained in the foregoing or the October 21, 2003 Stipulated Protective Order, MILLENNIUM and LEXINGTON and their respective outside attorneys waive, and agree that they will not seek to enforce, any right to contest the designation of any document or item of information obtained by virtue of the Stipulation as Confidential Information or to seek the further amendment, modification or vacation of the October 21, 2003 Stipulated Protective Order.

4. MILLENNIUM and LEXINGTON and their respective outside attorneys subject themselves to the jurisdiction of this Court for the purpose of enforcing compliance with the Stipulation and the October 21, 2003 Stipulated Protective Order.

Dated: November 19, 2009          By: *Virginia A. Phillips*
                                  HON. VIRGINIA A. PHILLIPS
                                  U.S. DISTRICT JUDGE